1  BENJAMIN B.WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  CYNTHIA B. DE NARDI, CSBN 256770
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8961
7       Facsimile: (415) 744-0134
        Email: cynthia.denardi@ssa.gov
8
9  Attorneys for Defendant

10
                **UNITED STATES DISTRICT COURT**
11              **EASTERN DISTRICT OF CALIFORNIA**
                   **SACRAMENTO DIVISION**
12

13 LOURA LEE MANN,                    ) Case No. 2:16-cv-00421-AC
                                      )
14      Plaintiff,                    ) STIPULATION AND ~~PROPOSED~~ ORDER
                                      ) FOR AN EXTENSION OF TIME
15      v.                            )
                                      )
16 CAROLYN W. COLVIN,                 )
   Acting Commissioner of Social Security, )
17                                    )
                                      )
18      Defendant.                    )
                                      )
19 _____)

20      IT IS HEREBY STIPULATED, by and between the parties, through their respective

21 counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment

22 (Doc. 14) be extended from November 21, 2016, to December 21, 2016.  This is Defendant's

23 first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully

24 requests this additional time because Defendant's counsel has four Federal court pleadings to

25 prepare before November 21, 2016, and a post-hearing brief in a Merit Systems Protection Board

26 original jurisdiction case which is due on November 25, 2016, the Friday of the Thanksgiving

27 holiday week.

28

Stip. & Prop. Order for Ext.; 2:16-cv00421-AC

-1-

1      The parties further stipulate that the Court's Scheduling Order shall be modified

2  accordingly.

3      Counsel apologizes to the Court for any inconvenience caused by this delay.

4

5                          Respectfully submitted,

6  Dated: October 27, 2016      /s_Robert Weems*_____
                                (*as authorized via email on 10/27/16)
7                               ROBERT WEEMS
                                Attorney for Plaintiff
8

9                               BENJAMIN B. WAGNER
                                United States Attorney
10                              DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
11                              Social Security Administration
12

13  Dated:  October 27, 2016    By:    /s/ Cynthia B. De Nardi
                                CYNTHIA B. DE NARDI
14                              Special Assistant United States Attorney

15                              Attorneys for Defendant

16

17

18

19

20                          ORDER

21  APPROVED AND SO ORDERED:

22  Dated: October 31, 2016

23  _____

24  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE
25

26

27

28

Stip. & Prop. Order for Ext.; 2:16-cv00421-AC

-2-